JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIUMEI QIAN,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.<br>Respondents. | Case No. 5:26-cv-04453-MBK<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed.

Dated: August 27, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE